UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**FILED**
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** UNITED STATES OF AMERICA | **Defendant(s):** CLIFTON FLOWERS |
| **County of Residence:** | **County of Residence:** US, Outside the State of IL |
| **Plaintiff's Address:** <br> 1) AUSA <br><br> 2) Julie B. Ruder <br> United States Attorney's Office (NDIL) <br> 219 South Dearborn Street, Suite 500 <br> Chicago, IL 60604 | **Defendant's Attorney:** <br> Clifton Flowers <br> #17212-424 <br> Reeves - RCDC - III <br> P.O. Box 2038 <br> Pecos, TX  79772 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV265
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodham*  **Date:** 1/11/2008

Zagel / Denlow   04CR700