# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| UNITED STATES | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 265 |
| CLIFTON FLOWERS | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Section 2255 petition is denied.

Michael W. Dobbins, Clerk of Court

Date: 2/21/2008

_____
/s/ Donald Walker, Deputy Clerk