# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

United States of America

                             Plaintiff,

v.                                          Case No.: 1:08−cv−00265
                                            Honorable James B. Zagel

Clifton Flowers

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

         MINUTE entry before Judge James B. Zagel :Motion to amend/correct docket entry [6] text [8] is granted. The docket entry text is amended as follows: Motion to dimsis [5] is granted because the 2255 petition is untimely, and in the alternative, the Section 2255 petition is denied.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.